## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SAFT AMERICA, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-35-jdp |
| v. | ) |
| | ) Judge James D. Peterson |
| PRECISION DRAWN METALS, INC., | ) |
| | ) Magistrate Judge Stephen L. Crocker |
| Defendant. | ) |

### AGREED MOTION TO CONTINUE THE OCTOBER 31, 2022 TRIAL DATE

The parties, through their undersigned counsel, hereby respectfully move the Court for an order continuing the trial date, currently set for October 31, 2022, to a date on or after February 1, 2023, because counsel for plaintiff Saft America, Inc. ("Saft") is scheduled to commence a trial in Miami, Florida in another case starting on October 31, 2022, and the Court in Miami, Florida has declined to reset the trial date in that case. In support of the agreed motion, the parties respectfully state as follows:

1. Pursuant to this Court's April 26, 2021 Order, the trial of this matter is scheduled to commence on October 31, 2022. (Dkt. No. 26.)

2. Counsel for Saft has a conflict with the October 31, 2022 trial date as counsel is also scheduled to start a trial on October 31, 2022 in the case captioned as *Coöperatieve Rabobank U.A., New York Branch, et al. v. Crowe LLP*, Case Number 2019-018945-CA-01, pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida (the "*Rabobank* Litigation"). (*See* Declaration of John M. Fitzgerald, attached as **Exhibit A**, at ¶¶ 2-3.) The *Rabobank* Litigation was first filed on June 24, 2019. (*Id.*)

3. At a February 9, 2022, hearing in the *Rabobank* Litigation counsel for Saft requested that the *Rabobank* Litigation trial date be moved due to counsel's scheduling conflict in this case, but the Court declined to move the trial date in the *Rabobank* Litigation. (Ex. A, ¶ 4.)

4. In order to allow counsel for Saft to attend and to adequately represent their clients at both trials, the parties seek to continue the trial in this case to a date on or after February 1, 2023. This request is made in good faith and not for purposes of delay.

5. Prior to filing this motion, on February 23, 2022, the parties met and conferred via telephone regarding this Agreed Motion and the relief it seeks. No party has any objection to, and all parties consent and agree to, the Agreed Motion and the relief it seeks.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an order resetting the trial date to a date on or after February 1, 2023 that is convenient for the Court and the parties and for such other and further relief that the Court deems just and appropriate under the circumstances.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

*[SIGNATURE PAGE FOLLOWS]*

Dated:  February 25, 2022

| | |
|---|---|
| **SAFT AMERICA, INC.** | **PRECISION DRAWN METALS, INC.** |
| By: /s/ John M. Fitzgerald | By: /s/ Maria D. Sanders |
| John M. Fitzgerald<br>Illinois ARDC No. 6282859<br>Jacob B. Berger<br>Illinois ARDC No. 6318332<br>Megan E. Ryan<br>Illinois ARDC No. 6333275<br>TABET DIVITO & ROTHSTEIN LLC<br>209 South LaSalle Street<br>7th Floor<br>Chicago, Illinois 60604<br>Phone: (312) 762-9450<br>Fax: (312) 261-1165<br>jfitzgerald@tdrlawfirm.com<br>jberger@tdrlawfirm.com<br>mryan@tdrlawfirm.com | Michael P. Crooks<br>State Bar No. 1008918<br>VON BRIESEN & ROPER, S.C.<br>10 E Doty St<br>Suite 900<br>Madison, WI 53703<br>Phone: (608) 287-3926<br>Fax: (608) 316-3145<br>mcrooks@vonbriesen.com<br><br>Maria D. Sanders<br>State Bar No. 1031037<br>VON BRIESEN & ROPER, S.C.<br>411 E Wisconsin Ave<br>Suite 1000<br>Milwaukee, WI 53202<br>Phone: (414) 221-6652<br>Fax: (414) 249-2634<br>msanders@vonbriesen.com |
| *Attorneys for Plaintiff Saft America, Inc.* | *Attorneys for Defendant/Third-Party Plaintiff Precision Drawn Metals, Inc.* |
| **ACUITY, A MUTUAL INSURANCE COMPANY** | **PRECISION DRAWN METALS, INC.** |
| By: /s/ Brittany Van Roo | By: /s/ Christopher Wolske |
| Christine Rice<br>State Bar No. 1055158<br>Brittany Van Roo<br>State Bar No. 1080096<br>Aaron Benz<br>State Bar No. 1105344<br>SIMPSON & DEARDORFF, S.C.<br>311 East Chicago St., Suite 410<br>Milwaukee, WI 53201<br>Phone: (414) 273-8550<br>rice@simpsondeardorff.com<br>vanroo@simpsondeardorff.com<br>benz@simpsondeardorff.com | Christopher Wolske<br>State Bar No. 1018108<br>Jacob Sundelius<br>State Bar No. 9036476<br>MENN LAW FIRM, LTD.<br>2501 E. Enterprise Avenue<br>PO Box 785<br>Appleton, WI 54912<br>Phone:  (920) 731-6631<br>Christopher-wolske@mennlaw.com<br>Jacob-sundelius@mennlaw.com |
| *Attorneys for Intervenor Acuity, a Mutual Insurance Company* | *Attorneys for Defendant/Third-Party Plaintiff Precision Drawn Metals, Inc.* (coverage issues only) |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on **February 25, 2022**, I caused the foregoing **AGREED MOTION TO CONTINUE THE OCTOBER 31, 2022 TRIAL DATE** to be electronically filed with the Clerk of the United States District Court for the Western District of Wisconsin. Notice of this filing will be sent to all attorneys of record by operation of the Court's (CM/ECF) electronic filing system.

By: /s/ John M. Fitzgerald