UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SAFT AMERICA, INC. | ) |
|     Plaintiff, | ) |
| vs. | ) |
| PRECISION DRAWN METALS, INC., | ) |
|     Defendant-Third Party Plaintiff, | )   CASE NO. 3:21CV35 |
| vs. | ) |
| THOMAS STEEL STRIP CORPORATION, | ) |
|     Third-Party Defendant. | ) |

**DISCLOSURE OF DEFENDANTS' LIABILITY AND DAMAGE EXPERTS**

Defendant Precision Drawn Metals, Inc. through its attorneys von Briesen & Roper, S.C., hereby make the following disclosure of those witnesses which have been retained by them to provide expert testimony regarding liability and damages in the above-captioned matter.

1. Daniel Grice
   Materials Evaluation an Engineering, Inc.
   13805 1st Avenue N, Suite 400
   Plymouth, MN 55441

   a. Probable exhibits will include his report, the parties' depositions, reports, spec sheets, analysis and other documents reviewed by Mr. Grice are anticipated to be used by him at this time.

   b. See Mr. Grice's attached curriculum vitae.

   c. See Mr. Grice's attached testimony history.

   d. See Mr. Grice's attached fee schedule.

    e.    See Mr. Grice's Report.

2. Tracy L. Coenen, CPA, CFF, MAFF
   Sequence Inc.
   1509 North Prospect Avenue
   Milwaukee, WI 53202

   a. Probable exhibits will include her report, the parties' depositions, reports, spec sheets, analysis and other documents reviewed by Ms. Coenen are anticipated to be used by the her at this time.

   b. See Ms. Coenen's attached curriculum vitae.

   c. See Ms. Coenen testimony history is attached.

   d. See Ms. Coenen's attached invoice.

   e. See Ms. Coenen's Report.

Respectfully submitted this 8th day of June 2022.

                                                  von BRIESEN & ROPER, S.C.
                                                  Attorneys for Defendant
                                                  Precision Drawn Metals, Inc.

                                                  By: */s/ Michael P. Crooks*
                                                        Michael P. Crooks
                                                        State Bar No. 01008918

P.O. ADDRESS:
10 East Doty Street, Suite 900
Madison, WI  53703
(608) 287-3926
mcrooks@vonbriesen.com