IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAFT AMERICA, INC.

                Plaintiff,

   v.

PRECISION DRAWN METALS, INC. and ACUITY,       ORDER

                Defendants,                       21-cv-35-jdp

   v.

THOMAS STEEL STRIP CORPORATION,

               Third-Party Defendant.

---

    The parties have informed the court that they have reached a settlement. Accordingly, the case is dismissed. Any party may move to reopen the case for good cause.

    Entered October 14, 2022

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge